456 A.2d 1099

Commonwealth v. Spiegel, Appellant.

Petition for Allowance of Appeal
Denied Sept. 7, 1983.

 Submitted February 24, 1982. Alton G. Grube, for appellant; Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Order affirmed.

SPAETH, J. filed a memorandum concurring statement.